UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

PHILLIP CLAYTON,

        Plaintiff,

  v.                                          1:10-CV-1079 (TJM/DRH)

COMMUNITY LAND TRUST; BEVERLY BURNETT;
ROGER LEWIS; and CONNIE CHAVEZ,

        Defendants.
_____

THOMAS J. McAVOY,
Senior United States District Judge

## DECISION & ORDER

        In a Report-Recommendation and Order dated November 30, 2010, United States Magistrate Judge David R. Homer recommends that this *pro se* action commenced pursuant to 42 U.S.C. § 1983 "be dismissed in its entirety without prejudice pursuant to Fed. R. Civ. P. 16(f)(1)(C) and 37(b)(2)(A)(v) for failure to comply with the Court's September 20, 2010 order." Dkt. # 7.

        Plaintiff has not filed objections to the Report-Recommendation and Order and the time to do so has expired.

        The Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice. Accordingly, the Court adopts the Report-Recommendation and Order for the reasons stated therein.

1

It is therefore,

**ORDERED** that the complaint in this action is **DISMISSED** in its entirety without prejudice.

**IT IS SO ORDERED**

DATED:December 25, 2010

Thomas J. McAvoy
Senior, U.S. District Judge